COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

## SENTENCING MINUTES

Set: __2:00 p.m.__
Started: __2:00 p.m.__
Ended: __2:30 p.m.__

Date: ___October 13, 2016___
Judge: ___Rebecca Beach Smith___
Court Reporter: __Jody Stewart, OCR__
U.S. Attorney: __Joseph DePadilla, AUSA__
Defense Counsel: __Chad Dorsk, ret.;__
__No appearance by Paul Watson, ret.__
Courtroom Deputy: ___Susan Cherry___
Probation Officer: __Carmen Perez__

Case No. __2:16cr71__
Defendant: ___Michael Mattos___     ( X )In custody     (  )On bond


__X__  Matter came on for disposition.

_____  USA's Motion for Acceptance of Responsibility (document #    ).

_____ Granted.      _____ Denied.

__X__  Court adjudged defendant guilty of Count __1__ of the Indictment, after entering a plea of guilty before a Magistrate Judge. The court noted that defendant waived right of appeal pursuant to plea agreement.

__X__  Presentence Report reviewed.      _____ Objections heard and rulings made.

__X__  Evidence presented. (See witness below)

_____  Arguments of counsel heard.      _____ Statement of defendant heard.


__X__  For the reasons stated on the record, the court continued sentencing and a new date will be set.

__X__  The defendant is remanded to the custody of the U.S. Marshal.


Defendant's Witnesses:  Rasul McNeil


Later, after court:  Sentencing rescheduled to November 4, 2016, at 2:00 p.m.
(present:  Joseph DePadilla, Chad Dorsk, and Carmen Perez)